**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 268 MAL 2019

                Respondent       :

                          :   Petition for Allowance of Appeal from
                          :   the Order of the Superior Court

              v.              :

                          :

KENNETH N. JONES JR.,         :

                          :

                Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.